# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Hudson Insurance Company,

        Plaintiff,          :        Case No. 3:12-cv-276

                                          District Judge Thomas M. Rose

-vs-                                Magistrate Judge Michael J. Newman

                                  :

GM Mechanical, Inc. et al,

        Defendants.      :

## ORDER OF REFERENCE

Upon unanimous consent of the parties hereto, and pursuant to 28 U.S.C. §636(c), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman for all further proceedings herein, including trial, the entry of judgment, and all post-trial proceedings.

November 15, 2012.

                                                          Thomas M. Rose
                                                          United States District Judge