**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY, | : | |
| Plaintiff, | : | Case No. 3:12CV276 |
| -vs- | : | Magistrate Judge Michael J. Newman (Consent Case) |
| GM MECHANICAL INC., *et al.*, | : | |
| Defendants. | : | |

**ORDER**

This is a consent case for which the Court, on April 12, 2013, held an informal discovery conference, by telephone, with counsel for both sides.  Eric Kjellander, Esq. then appeared with Lynnette Dinkler on behalf of Plaintiff, and Walter Reynolds, Esq. appeared on behalf of Defendants.  Mr. Kjellander, who was permitted to participate in the conference, is **DIRECTED** to promptly file a motion to appear *pro hac vice*.

Counsel for both sides asked the Court to extend the Discovery Deadline and all related dates 90 days.  For good cause shown, this request is **GRANTED** and the Calendar is **SO MODIFIED.**  This case, therefore, shall proceed as follows:

Discovery Deadline:  **July 22, 2013;** and

Dispositive Motions Deadline: **August 22, 2013.**

The status conference initially scheduled for June 18, 2013 is **RESCHEDULED** to **September 18, 2013 at 2:30 p.m.**  A trial date will be scheduled, if appropriate, following the Court's ruling on summary judgment.

**IT IS SO ORDERED.**

April 12, 2013                                                  s/Michael J. Newman
                                                               Michael J. Newman
                                                          United States Magistrate Judge