# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – AT DAYTON

| | |
|---|---|
| HUDSON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:12-CV-0276 |
| ) | |
| GM MECHANICAL, INC., et al., ) | Magistrate Judge Michael J. Newman |
| ) | (Consent Case) |
| Defendants. ) | |

## ORDER

This is a consent case for which the Court, on July 15, 2013, held an informal discovery conference, by telephone, with counsel for both sides.  Eric Kjellander, Esq., then appeared on behalf of Plaintiff and Walter Reynolds, Esq., appeared on behalf of Defendants.

Counsel for both sides asked the Court to extend the Discovery Deadline and all related dates 90 days.  For good cause shown, this request is **GRANTED** and the Calendar is **SO MODIFIED**.  This case, therefore, shall proceed as follows:

Discovery Deadline:   **October 21, 2013** and

Dispositive Motions:  **November 20, 2013**.

The status conference initially scheduled for September 18, 2013 is **RESCHEDULED** to 2:00pm on 10/23/13.  A trial date will be scheduled, if appropriate, following the Court's ruling on summary judgment.

**IT IS SO ORDERED.**

July 18, 2013

s/Michael J. Newman
Michael J. Newman
United States Magistrate Judge