**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

HUDSON INSURANCE COMPANY,

    Plaintiff,

vs.

GM MECHANICAL, INC., *et al.*,

    Defendants.

Case No. 3:12-CV-276

Magistrate Judge Michael J. Newman
(Consent Case)

## ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-captioned matter has been settled (doc. 44), **IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Court will retain jurisdiction to enforce the terms of the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Futernick v. Sumpter Township*, 207 F.3d 305, 310-11 (6th Cir. 2000). This case is **ADMINISTRATIVELY PROCESSED**.

    **IT IS SO ORDERED**.

March 21, 2014                                                             **/s Michael J. Newman**
                                                                                     United States Magistrate Judge